U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN - 4 2010
LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
FILED
May 11, 2010
Lyle W. Cayce
Clerk

No. 09-30984

D.C. Docket No. 2:09-CV-3505 F

PATRICK JOFFROIN; PHILLIP HEBERT; MICKEY O'CONNOR; DANNY KEATING; BETTIE KEATING; ET AL,

Plaintiffs - Appellants

v.

JOSEPH S. TUFARO; TROY DUHON; JEFFERY J. NEUPORT; CLIPPER LAND HOLDINGS, L.L.C.; CLIPPER CONSTRUCTION, L.L.C.,

Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before REAVLEY, PRADO, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUN 2 2010

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: ____________
Deputy JUN 2 2010

New Orleans, Louisiana

___ Fee ________
___ Process ________
X Dktd ________
___ CtRmDep ________
___ Doc. No. ________

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 02, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 09-30984, Patrick Joffroin, et al v. Joseph Tufaro, et al
USDC No. 2:09-CV-3505

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: (letter only)
Mr. Glenn B. Adams
Mrs. Denia Sylve Aiyegbusi
Honorable Martin L.C. Feldman
Mr. Christopher Martin Guidroz
Mr. Thomas P Hubert
Mr. Thomas Moore McEachin
Ms. Elisa Cox Mills
Mr. Jeffery J. Neuport
Mr. Kyle D Schonekas
Mr. Robert Louis Walsh
Mr. John Bennett Wells

P.S. to Judge Feldman: A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1 (!ag,tax,img)*